UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUILLERMO R. GARCIA, | ) | CV F   05 1175 OWW LJO P |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING MOTION FOR LAW LIBRARY PREFERRED STATUS (Doc. 12.) |
| CALIFORNIA DEPT. OF CORRECTIONS, | ) | |
| Defendants. | ) | |

Guillermo R. Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on September 16, 2005. On December 21, 2005, Plaintiff filed a Motion requesting that the Court order requiring the prison to grant him "Preferred Legal Status" for library purposes.

As a preliminary matter, this Court is without the authority to require the state prison to grant inmates preferred status. The institution has internal policies and requirements that inmates must adhere to in order to use the law library. Generally, those inmates that can demonstrate an impending court deadline are usually granted limited priority legal user status.

In this case, the Court has yet to screen Plaintiff's case to determine whether it states a

1 cognizable claim for relief.  Thus, there is no impending deadline for Plaintiff to comply with.
2 Plaintiff is advised to keep the Court informed of his address at all times so that he will receive
3 all orders issued by the Court.
4          Accordingly, the Court HEREBY ORDERS:
5          1.      Plaintiff's Application for Law Library Preferred Status is DENIED.
6 IT IS SO ORDERED.
7 **Dated:    January 11, 2006              /s/ Lawrence J. O'Neill**
  b9ed48                                UNITED STATES MAGISTRATE JUDGE