# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO R. GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　Defendants. | CASE NO. 1:05-cv-01175-GSA (PC)<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 20) |

　　　Plaintiff Guillermo R. Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on September 16, 2005 and a first amended complaint on October 25, 2005. (Docs. 1 & 7.) On October 25, 2005, Plaintiff consented to jurisdiction by U.S. Magistrate Judge. (Doc. 4.) On September 15, 2006, Plaintiff moved for leave to amend the complaint a second time, which was denied by the Court on September 19, 2006. (Docs. 17 & 18.) On November 2, 2006, this Court screened Plaintiff's first amended complaint and dismissed it with leave to file a second amended complaint. (Doc. 19.) On December 6, 2006, Plaintiff filed his second amended complaint – which is before the Court for screening at this time. (Doc. 20.)

　　　The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants Sergeant Defrance and Garrizon for use of excessive physical force, in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune,

1  367 F.3d 1167, 1171 (9th Cir. 2004); <u>Jackson v. Carey</u>, 353 F.3d 750, 754 (9th Cir. 2003); <u>Galbraith
2  v. County of Santa Clara</u>, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

3       Accordingly, it is HEREBY ORDERED that:

4  1.    Service is appropriate for the following defendants:

5          SERGEANT DEFRANCE

6          CORRECTIONAL OFFICER GARRIZON

7  2.    The Clerk of the Court shall send plaintiff two (2) USM-285 forms, four (4)
8  summonses, a Notice of Submission of Documents form, an instruction sheet and a
9  copy of the second amended complaint filed December 6, 2006.

10 3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the
11 attached Notice of Submission of Documents and submit the completed Notice to the
12 court with the following documents:

13    a.    Completed summons;

14    b.    One completed USM-285 form for each defendant listed above; and

15    c.    Three (3) copies of the endorsed second amended complaint filed December
16         6, 2006.

17 4.    Plaintiff need not attempt service on defendants and need not request waiver of
18 service.  Upon receipt of the above-described documents, the court will direct the
19 United States Marshal to serve the above-named defendants pursuant to Federal Rule
20 of Civil Procedure 4 without payment of costs.

21 5.    <u>The failure to comply with this order will result in a recommendation that this action
22 be dismissed</u>.

25     IT IS SO ORDERED.

26 **Dated:   September 22, 2008**          /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE