UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO R. GARCIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEFRANCE, et al.,<br><br>        Defendants. | 1:05-cv-01175-GSA-PC<br><br>**ORDER FOR CDCR TO APPEAR AND FILE FORMAL REQUEST FOR REIMBURSEMENT OF FUNDS, WITHIN THIRTY DAYS**<br><br>**ORDER FOR CLERK TO SERVE CDCR'S OFFICE OF LEGAL AFFAIRS WITH THIS ORDER** |

**I.    BACKGROUND**

Guillermo R. Garcia ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint initiating this action on September 16, 2005. (ECF No. 1.) The case proceeded with Plaintiff's Second Amended Complaint filed on December 6, 2006, against defendants Sergeant ("Sgt.") B. Defrance and Correctional Officer ("C/O") Garrizon, on Plaintiff's claim for excessive physical force in violation of the Eighth Amendment. (ECF No. 20.) On July 23, 2009, this case was dismissed based on Plaintiff's failure to exhaust administrative remedies before filing suit. (ECF No. 45.) The case is now closed.

Now before the court is a letter dated April 5, 2021, which was emailed to the court from CDCR's Office of Legal Affairs. (ECF No. 47.)

## II. CDCR'S LETTER

In its letter, CDCR (California Department of Corrections and Rehabilitation) requests the reimbursement of funds taken from Plaintiff's prison trust account and sent to the court for payment of the filing fee for this action. (ECF No. 47.) On April 19, 2021, the court filed CDCR's letter, designated by CDCR as "confidential," under seal in this case. (Id.)

Before the court can respond to CDCR's request, CDCR must file a formal request for the refund in this case, no. 1:05-cv-01175-GSA-PC; Garcia v. Defrance, et al. The request must explain exactly what happened and must state the legal authority used to determine that the funds should be reimbursed. The court requires a paper trail showing where the money originated, when and how much money was sent to the court, what the money was for, and where the refund should be sent.

To this end, the court shall order CDCR to make a special appearance in this case by filing a formal request of the court to reimburse the funds deducted from Plaintiff's prison trust account and sent to the court for payment of the filing fee.

## III. CONCLUSION

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court shall serve a copy of this order on:

   Kori Salas, Attorney III
   CDCR's Office of Legal Affairs
   P.O. Box 942883
   Sacramento, CA  94823-0001

2. Within thirty days of the date of service of this order, CDCR shall make a special appearance in this case and file a formal request for reimbursement of funds.

IT IS SO ORDERED.

   Dated:   **April 21, 2021**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE